UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY LAMONT BUNN, JR., | No. 2:25-cv-1161 CKD P |
| Plaintiff, | |
| v. | |
| J. WEURTH, | <u>ORDER AND</u> |
| Defendant. | <u>FINDINGS AND RECOMMENDATIONS</u> |

On September 2, 2025, plaintiff's complaint was dismissed with leave to amend. The amended complaint was due on October 6, 2025, but plaintiff has not filed an amended complaint.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district court judge to this case.

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified

1 time waives the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th
2 Cir. 1991).
3 Dated: October 14, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
bunn1161.fta